[No. 12344-8-III.   Division Three.   January 6, 1994.]

*In the Matter of the Marriage of* SARAH F. MINER,
*Respondent, and* CURTIS R. MINER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 91-3-01267-7, William J. Grant, J., entered April 6, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney, J., and Schacht, J. Pro Tem.

[No. 12845-8-III.   Division Three.   January 6, 1994.]

RITZVILLE CHEMICALS, INC., *Respondent*, v. VERNON
WELLSANDT, ET AL, *Appellants.*

Appeal from a a judgment of the Superior Court for Adams County, No. 91-2-00115-8, Philip W. Borst, J., entered November 5, 1992. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[Nos. 12181-0-III; 12205-1-III.   Division Three.   January 6, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN THOMAS
BROWN, *Appellant.*

Appeals from judgments of the Superior Court for Spokane County, Nos. 90-1-01567-1, 90-1-00770-8, Michael E. Donohue and Robert D. Austin, JJ., entered January 8 and January 31, 1992. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson, J., and Small, J. Pro Tem.

[No. 32631-7-I.   Division One.   January 10, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. CHI CHAN,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 92-8-08262-6, Richard M. Ishikawa, J., entered April 16, 1993. *Vacated* and *remanded* by unpublished per curiam opinion.